Disposition of Petitions for Discretionary Review Under G.S. 7A-31

IN RE SPRINGMOOR, INC.

No. 79P97

Case below: 125 N.C.App. 184

Motion by appellant (Wake County) for temporary stay allowed 24 February 1997.

KRAUSS v. WAYNE COUNTY DSS

No. 25PA97

Case below: 124 N.C.App. 785

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 allowed 6 March 1997.

LAMOREAUX v. ASPLUNDH TREE CO.

No. 49P97

Case below: 125 N.C.App. 211

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 6 March 1997.

McCARVER v. PRESBYTERIAN HOSPITAL

No. 476P96

Case below: 124 N.C.App. 230

Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 denied 6 March 1997.

METROPOLITAN PROPERTY AND CASUALTY
INS. CO. v. CAVINESS

No. 32P97

Case below: 124 N.C.App. 760

Petition by plaintiff for discretionary review pursuant to G.S.. 7A-31 denied 6 March 1997.